11727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**T.K.B. SHIPPING A/S**,

                Plaintiff,

- against -

**JH SHIPPING CO. LTD.**,

                Defendant.
-------------------------------------------------------x

Case No.   07 CIV 8001 (Judge Batts)

NOTICE PURSUANT
FED. R. CIV. P. 7.1

    Pursuant to the Fed. R. Civ. P. 7.1(a), Plaintiff, **T.K.B. SHIPPING A/S**, hereby states that the following are its corporate parents, subsidiaries, or affiliates:

    None.

    Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on September 12, 2007

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                /s/ Peter A. Junge

                _____
                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061