William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant JH SHIPPING CO., LTD.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

T.K.B. SHIPPING A/S                                        07 cv 8001 (DB)

              Plaintiff,
                                                                     NOTICE OF
                                                                   RESTRICTED APPEARANCE

- against –

JH SHIPPING CO. LTD.,

              Defendants.
-------------------------------------------------------------X

      PLEASE TAKE NOTICE that the defendant JH SHIPPING Co. Ltd., hereby appears in the above action pursuant to Fed.R.Civ.P. Supp. Admiralty R. E (8) (Restricted Appearance), that the undersigned has been retained as counsel for said defendant and that said counsel demands that a copy of the Complaint and all papers in this action be served upon the undersigned's office.

Dated: New York, New York
        October 18, 2007

                                                  Bennett, Giuliano, McDonnell & Perrone, LLP
                                                  Attorneys for Defendant

                                                  _____
                                                  William R. Bennett, III

TO:   Peter Junge, Esq.
        Junge & Mele, LLP
        29 Broadway
        New York, NY 10006
        Telephone:    (212) 269-0061