William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
**Attorneys for Defendant**
**JH SHIPPING CO., LTD.**
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

T.K.B. SHIPPING A/S                                                        07 cv 8001 (DB)

               Plaintiff,

                                                          **RULE 7.1 STATEMENT**

- against –

JH SHIPPING CO. LTD.,

               Defendants.
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:  New York, New York
        October 18, 2007

                                        Bennett, Giuliano, McDonnell & Perrone, LLP
                                        Attorneys for Defendant

                                        _____
                                        William R. Bennett, III
                                        225 West 34th Street, Suite 402
                                        New York, New York 10122
                                        Telephone:    (646) 328-0120

**TO:**   Peter Junge, Esq.
Junge & Mele, LLP
29 Broadway
New York, NY 10006
Telephone:   (212) 269-0061