William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
**Attorneys for Defendant**
JH SHIPPING CO., LTD.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
**Facsimile:**   (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
T.K.B. SHIPPING A/S                                                              07 cv 8001 (DB)

                Plaintiff,

- against –

JH SHIPPING CO. LTD.,

                Defendants.
-----------------------------------------------------------------X

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | William R. Bennett, III<br>Bennett, Giuliano, McDonnell & Perrone, LLP<br>225 West 34th Street, Suite 402<br>New York, New York 10122<br>(646) 328-0120<br>(646) 328-0121 (Fax) |
| DATE and TIME: | Pursuant to Local Admiralty Rule E.1. within three court days of the filing of the motion – October 23, 2007. |
| PLACE: | United States District Court<br>Southern District of New York |
| SUPPORTING PAPERS: | 1.   Memorandum of Law |
| RELIEF DEMANDED: | 1.   Vacate Rule B Attachment.<br>2.   Reduce Security Requested. |

Dated: New York, New York
       October 18, 2007

                               Bennett, Giuliano, McDonnell & Perrone, LLP
                               Attorneys for Defendant JH SHIPPING, LTD.

                               */s/ William R. Bennett, III*
                               William R. Bennett, III
                               225 West 34th Street, Suite 402
                               New York, New York 10122
                               Telephone:    (646) 328-0120

Z:\Documents\All Files\D722 Benefit Wisdom\Pleadings\NotMot-101807.doc