UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

T.K.B. SHIPPING A/S,                         07 CIV 8001 (DAB)

          Plaintiff,                 **STIPULATION AND ORDER**

- against –

JH SHIPPING CO. LTD.,

          Defendant.
------------------------------------------------------------X

      WHEREAS on Friday, November 9, 2007 the parties appeared before the Honorable Robert W. Sweet to argue the motion to vacate a Rule B attachment filed by defendant JH SHIPPING A/S, and

      WHEREAS, the Court having read all of the submissions of the parties and heard oral argument on the points of law and fact raised therein, and

      WHEREAS, the Court held that the plaintiff's right to attach assets belonging to JH SHIPPING Co. Ltd., be limited to $500,000,

      IT IS HEREBY STIPULATED AND AGREED that the order of attachment be limited to $500,000 and that T.K.B. SHIPPING A/S shall advise the banks that the attachment of funds is so limited to $500,000, and that T.K.B. Shipping A/S make best efforts to insure that only $500,000 belonging to JH Shipping Co. Ltd., remain attached and that all such other funds or assets be immediately released.

Dated in the City of New York on November 27, 2007

BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
*Attorneys for Defendant*
JH SHIPPING CO. LTD.

_____
William R. Bennett, III, Esq.
494 8th Avenue, 7th Fl.
New York, New York 10001
(646) 328-0120

JUNGE & MELE, LLP
*Attorneys for Plaintiff*
T.K.B. SHIPPING A/S

_____
Peter A. Junge (PJ-0745)
29 Broadway
New York, NY 10006
(212) 269-0061

IT SO ORDERED

_____
Deborah A. Batts
United States District Judge

Date: