```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
T.K.B. SHIPPING A/S

                Petitioner,
                                              07 Civ. 8001 (DAB)
        -against-                             ORDER

JH SHIPPING CO. LTD.

                Respondent.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

Pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, which provides that "[a] civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . .",

IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the case, pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, properly may be reassigned to this Court.

SO ORDERED.

Dated:   New York, New York
         May 27, 2008

_____
DEBORAH A. BATTS
United States District Judge