USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 Aug 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
T.K.B. SHIPPING A/S,                                         07 CIV 8001 (DAB)

          Plaintiff,

  - against -                                          STIPULATION & ORDER
                                                   OF DISCONTINUANCE

JH SHIPPING CO. LTD.,

          Defendant.
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, subject to the consent of the Court, that this matter having been settled and compromised, it be and is hereby discontinued, with prejudice, without costs or disbursements to any of the parties herein.

Dated in the City of New York on July 30, 2008

JUNGE & MELE, LLP
*Attorneys for Plaintiff*
T.K.B. SHIPPING A/S

_____
Peter A. Junge (PJ-0745)
29 Broadway
New York, NY 10006
(212) 269-0061

BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
*Attorneys for Defendant*
JH SHIPPING CO. LTD.

_____
William R. Bennett III, Esq.
494 Eighth Avenue, 7th Fl.
New York, New York 10001
(646) 328-0120

IT SO ORDERED:

_____
Deborah A. Batts
United States District Judge
Date: 8/26/08